

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Jose Santiago Sanchez Martinez<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA15-527M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___Defendant___, IT IS ORDERED that a detention hearing is set for ___Wednesday, Oct. 21___, ___2015___, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable ___Gandhi___, in Courtroom ___6A___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or ___n/a___ and produced for the hearing.
(Other custodial officer)

Dated: __10/16/15__

_____
KAREN E. SCOTT
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                              Page 1 of 1